LETHERER *v.* PHŒNIX ACCIDENT & SICK BENEFIT ASS'N

INSURANCE—ACCIDENT INSURANCE—IMMEDIATE DISABILITY—WHAT
    CONSTITUTES.

    This case, involving the liability of an accident insurance
      company for an injury not immediately disabling assured, is
      ruled by *Letherer* v. *Insurance Co.,* ante, 310, involving the
      same facts.

Error to Lenawee; Chester, J. Submitted May 4, 1906.
(Docket No. 107.) Decided July 23, 1906.

Assumpsit by John F. Letherer against the Phœnix
Accident & Sick Benefit Association on a policy of in-
surance. There was judgment for plaintiff, and defend-
ant brings error. Reversed, and no new trial ordered.

*Theodore M. Joslin* (*Abbott & Abbott* and *E. J.
Adams,* of counsel), for appellant.

*Smith, Baldwin & Alexander,* for appellee.

OSTRANDER, J. The plaintiff in this case is the plain-
tiff in *Letherer* v. *Insurance Co.,* ante, 310. The injury
to plaintiff, the foundation of this action, is the identical in-
jury described in the opinion in that case. The provisions
of the policy set out in the opinion in that case are identi-
cal with those in the policy sued upon in this case. The
court was requested to direct a verdict for defendant.
This request, for reasons set out in the opinion referred
to, should have been granted.

Judgment is reversed, and no new trial will be granted.

MCALVAY, BLAIR, MONTGOMERY, and HOOKER, JJ.,
concurred.